In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00004-CV

_____

IN RE ADAM ROBERT MULHALL

Original Proceeding
317th District Court of Jefferson County, Texas
Trial Cause No. C-197,668

ORDER

Adam Robert Mulhall filed petitions for writs of mandamus and habeas corpus. Mulhall alleges that his confinement is illegal because he has been denied credit for time served on his sentence. Additionally, Mulhall suggests the Sheriff of Jefferson County, Texas, has not permitted him to receive the time credit to which he is entitled. *See Ex parte Acly*, 711 S.W.2d 627, 628 (Tex. 1986).

We refer this matter to the 317th District Court for the development of a record of the facts regarding the allegations made by Mulhall in his petitions for mandamus and habeas corpus. *See generally* Tex. R. App. P. 52.10(b); *see also Ex parte*

1

*Berryhill*, 741 S.W.2d 186, 190 (Tex. App.—Beaumont 1987, orig. proceeding). The trial court shall also determine whether Mulhall is indigent and entitled to appointed counsel to represent Mulhall during said proceedings. The record of said proceedings in the 317th District Court is due to be filed with this Court on or before March 23, 2018.

ORDER ENTERED February 21, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.